Brookhaven Orthopedic Assoc., P.C. v Barshov (2022 NY Slip Op
50440(U))

[*1]

Brookhaven Orthopedic Assoc., P.C. v Barshov

2022 NY Slip Op 50440(U) [75 Misc 3d 131(A)]

Decided on May 23, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on May 23, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : TIMOTHY S. DRISCOLL, J.P., ELIZABETH H. EMERSON, HELEN
VOUTSINAS, JJ

2021-57 S C

Brookhaven Orthopedic Associates, P.C.,
Respondent,
against
Greg Barshov, Appellant. 

Greg Barshov, appellant pro se.
Richard David Sokoloff, for respondent (no brief filed).

Appeal from a judgment of the District Court of Suffolk County, First District (Cheryl M.
Helfer, J.), entered December 24, 2020. The judgment, entered pursuant to an order of that court
dated January 31, 2018 granting plaintiff's motion for summary judgment on the issue of liability
and a decision of that court entered September 8, 2020 after a nonjury trial on the issue of
damages, awarded plaintiff the principal sum of $1,475.

ORDERED that, on the court's own motion, the notice of appeal from the decision entered
September 8, 2020 is deemed a premature notice of appeal from the judgment entered December
24, 2020 (see CPLR 5520 [c]); and it is further,
ORDERED that the judgment is affirmed, without costs.
Plaintiff commenced this action to recover the sum of $1,475, representing unpaid medical
bills for professional services rendered. Liability in favor of plaintiff was determined by an order
granting plaintiff's motion for summary judgment on January 31, 2018. At a nonjury trial limited
to the issue of damages, plaintiff submitted medical and billing records and provided its billing
manager as a witness who testified about the services rendered to defendant and the unpaid
balance for those services in the sum of $1,475. Defendant chose not to cross-examine the
witness or present any evidence in defense, instead only arguing that Medicaid was responsible
for payment. The court responded that the issue of liability had already been decided by the
January 31, 2018 order. In a decision entered September 8, 2020, the District Court awarded
plaintiff the principal sum of $1,475. The notice of appeal from the September 8, 2020 decision
is deemed a premature notice of appeal from the judgment entered on December 24, 2020
(see CPLR 5520 [c]).
Defendant's sole argument on appeal is that the court prevented him from offering a defense
at the trial on damages. Upon a review of the record, we find no basis for defendant's [*2]contention.
Accordingly, the judgment is affirmed.
DRISCOLL, J.P., EMERSON and VOUTSINAS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: May 23, 2022